UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JOHN LUKASZEWSKI and JAMES D. GROSSI,

                      Plaintiffs,

- against -

COUNTY OF ULSTER,

                      Defendant.

Case No.: 08-cv-483 (FJS/RFT)

---

### STIPULATION OF DISCONTINUANCE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, representatives for the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, without costs to either party as against the other, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii). This stipulation may be filed with the Clerk of the Court without further notice.

DATED:  April 26, 2012
              Albany, New York

ROEMER WALLENS GOLD & MINEAUX LLP
Attorneys for Defendant

_/s/ Earl T. Redding_
Earl T. Redding, Esq.
OFFICE AND P.O. ADDRESS:
13 Columbia Circle
Albany, New York 12203
Tel. No.: 518.464.1300 x315
Fax No.: 518.464.1010

BLUSTEIN, SHAPIRO, RICH & BARONE, LLP
Attorneys for Plaintiffs

_/s/ Jay R. Mylow_
Jay R. Mylow, Esq.
OFFICE AND P.O. ADDRESS:
10 Matthews Street
Goshen, New York 10924
Tel. No.: 845.477.5735
Fax No.: 845.291.0021

SO ORDERED

_/s/ Frederick J. Scullin_
FREDERICK J. SCULLIN, JR.
SENIOR U.S. DISTRICT JUDGE

4/27/12